EUGENE L. RICHARDS, as Superintendent of Banks
of the State of New York, Plaintiff, *v.* JOSEPH G.
ROBIN et al., Defendants, EDMUND L. MOONEY,
Appellant, and ERASTUS T. TEFFT et al., Respondents.

*Richards* v. *Robin*, 175 App. Div. 296, affirmed.

(Argued February 3, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered December 22, 1916, affirming a judgment in
favor of defendants, respondents, entered upon a dis-
missal of the complaint as to them by the court on
trial at Special Term. The trial court also dismissed
a cross demand made by the defendant, appellant,
against such defendants, respondents. This action was
brought to enforce the statutory liability of the stock-
holders of the Northern Bank of New York. The
appellant, Mooney, was a stockholder on the books of
said bank at the time the superintendent of banks took
possession of its assets, and when sued as such stockholder
of record he served an answer in which he sought to
recover over from the respondents, Tefft, Reeves, Car-
penter and Nash, any sums which he might be forced to
pay to the plaintiff in this action. The question was
whether a stockholder of record, who had sold his stock at
public auction and delivered the certificates indorsed in
blank, could recover from stockholders who bid in the
stock as brokers for an undisclosed principal, any call or
assessment which he might thereafter be compelled to
pay because of the fact that after the sale he continued
as the stockholder of record on the books of the
corporation.

*William C. Fitts, Edmund L. Mooney* and *Charles
T. B. Rowe* for appellant.

*Edward E. McCall, Edward B. Boies, William R.
Maloney* and *Enos S. Booth* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ. Not sitting: CARDOZO, J.